| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | Debtor's name | **Anglin Consulting Group, Inc.** | | |
|---|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2276355** | | |
| 4. | **Debtor's address** | **Principal place of business** **2507 Ralph Ellison Way NE Washington, DC 20018** Number, Street, City, State & ZIP Code  **District of Columb** County | | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.anglincg.com/** | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | | |

Debtor **Anglin Consulting Group, Inc.**      Case number (*if known*)
   Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **5412**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Anglin Consulting Group, Inc.**     Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Anglin Consulting Group, Inc.**                                         Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2025**
               MM / DD / YYYY

X   **/s/ Yashieka Anglin**                                **Yashieka Anglin**
    Signature of authorized representative of debtor        Printed name

Title   **CEO**

**18. Signature of attorney**

X  **/s/ Justin P. Fasano**                                 Date  **August 11, 2025**
   Signature of attorney for debtor                               MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea, P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone  **301-441-2420**    Email address  **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

## Resolutions of
## ANGLIN CONSULTING GROUP, INC.

WHEREAS, the undersigned, being the sole shareholder of Anglin Consulting Group, Inc. (the "Company"), does hereby resolve as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 11 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 11 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions of chapter 11 of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those

resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: August 11, 2025                    ANGLIN  CONSULTING  GROUP, INC.
By Yasheika Anglin

__/s/ Yesheika Anglin_____
President

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Anglin Consulting Group, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **GovCon Fund LP II** 1886 Metro Center Drive, Suite 620 Reston, VA 20190 | | **Confessed Judgment (amount is through April 21, 2025, accruing 20% interest)** **Collateral value unknown** | | $10,748,534.00 | $0.00 | $10,748,534.00 |
| **GovCon Fund LP I** 1886 Metro Center Drive, Suite 620 Reston, VA 20190 | | **Confessed Judgment (amount is through April 21, 2025, accruing 20% interest)** **Collateral value unknown** | | $5,657,123.00 | $0.00 | $5,657,123.00 |
| **Small Business Administration** 403 3rd Street SW Washington, DC 20416 | | **Loan** | | | | $400,000.00 |
| **Rivian Financial Services** PO Box 901076 Fort Worth, TX 76101-2076 | | | | | | $80,000.00 |
| **Kaiser PLLC** 1099 14th Street NW 8th Floor West, 1099 Washington, DC 20005 | | | | | | $62,065.50 |
| **Piliero Mazza** 1200 17th Street NW Washington, DC 20001 | | **Legal** | | | | $25,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Anglin Consulting Group, Inc.**  Case number *(if known)*
 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Petersen Int Underwriters** 23929 Valencia Blvd. Second Floo Valencia, CA 91355 | | Insurance | | | | $15,767.63 |
| **Charles Schwab** 3000 Schwab Way Roanoke, TX 76262 | | | | | | $12,693.04 |
| **Holland & Knight** 800 17th St NW, Washington, DC 20006 | | Legal | | | | $12,453.00 |
| **Pillsbury Winthrop Shaw Pittman** 1200 17th St NW, Washington, DC 20036 | | Legal | | | | $12,000.00 |
| **Hanover Insurance** 440 Lincoln Street Worcester, MA 01653-0002 | | Insurance | | | | $4,376.90 |
| **DC Health Link** 1207 Taylor Street NW Washington, DC 20011 | | Employee Health Insurance | | | | $3,400.00 |
| **RSM US LLP** 1250 H St NW #700 Washington, DC 20005 | | | | | | $1,000.00 |
| **Embrace Consulting Services** 9701 Apollo Drive Suite 100 Upper Marlboro, MD 20774 | | | | | | $500.00 |
| **All Above Management** 12109 Birchview Drive Clinton, MD 20735 | | | | | | $500.00 |
| **iSOLVED, INC** 1801 Research Blvd Suite 510 Rockville, MD 20850 | | | | | | $400.00 |
| **Human Dental** PO Box 14611 Lexington, KY 40512-4611 | | Dental | | | | $150.00 |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 2

Debtor  **Anglin Consulting Group, Inc.**                                   Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **VSP** <br> **3400 Morse Crossing** <br> **Columbus, OH 43219** | | **Vision** | | | | **$30.00** |
| **Groom Law Group** <br> **1701 Pennsylvania Avenue, N.W.** <br> **Washington, DC 20006** | | **Legal** | | | | **$0.00** |
| **Hood Masters of Virginia** <br> **14209 Central Avenue** <br> **Chester, VA 23836** | | | | | | **$0.00** |

```
All Above Management
12109 Birchview Drive
Clinton, MD 20735


Charles Schwab
3000 Schwab Way
Roanoke, TX 76262


DC Health Link
1207 Taylor Street NW
Washington, DC 20011


Embrace Consulting Services
9701 Apollo Drive Suite 100
Upper Marlboro, MD 20774


GovCon Fund LP I
1886 Metro Center Drive, Suite 620
Reston, VA 20190


GovCon Fund LP II
1886 Metro Center Drive, Suite 620
Reston, VA 20190


Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006


Hanover Insurance
440 Lincoln Street
Worcester, MA 01653-0002


Holland & Knight
800 17th St NW,
Washington, DC 20006
```

```
Hood Masters of Virginia
14209 Central Avenue
Chester, VA 23836


Human Dental
PO Box 14611
Lexington, KY 40512-4611


iSOLVED, INC
1801 Research Blvd Suite 510
Rockville, MD 20850


Kaiser PLLC
1099 14th Street NW 8th Floor West, 1099
Washington, DC 20005


Petersen Int Underwriters
23929 Valencia Blvd. Second Floo
Valencia, CA 91355


Piliero Mazza
1200 17th Street NW
Washington, DC 20001


Pillsbury Winthrop Shaw Pittman
1200 17th St NW,
Washington, DC 20036


Rivian Financial Services
PO Box 901076
Fort Worth, TX 76101-2076


RSM US LLP
1250 H St NW #700
Washington, DC 20005
```

Small Business Administration
403 3rd Street SW
Washington, DC 20416


Surface Kingz
17 Rhoda Court
VA 23364


The Heidt Law Firm, PLLC
11230 Waples Mill Rd UNIT 105
Fairfax, VA 22030


VSP
3400 Morse Crossing
Columbus, OH 43219


Yashieka Anglin

# United States Bankruptcy Court
### District of Columbia

In re **Anglin Consulting Group, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Anglin Consulting Group, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 11, 2025**  
Date

**/s/ Justin P. Fasano**  
**Justin P. Fasano**  
Signature of Attorney or Litigant  
Counsel for **Anglin Consulting Group, Inc.**  
**McNamee Hosea, P.A.**  
**6404 Ivy Lane, Suite 820**  
**Greenbelt, MD 20770**  
**301-441-2420 Fax:301-982-9450**  
**jfasano@mhlawyers.com**