**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-00328-ELG |
| **ANGLIN CONSULTING GROUP, INC.** | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**LIMITED OBJECTION TO THE DEBTOR'S FIRST DAY MOTIONS**

GovCon Fund, LP and GovCon Fund II, LP (together, the "GovCon Entities") files this limited objection and reservation of rights, to (1) the Debtor's Motion for Entry of Interim Order Authorizing the Use of Cash Collateral (Dkt #12, the "Cash Collateral Motion") and (2) the Debtor's Motion for Authorization to Pay Certain Prepetition Wages, Salaries and/or Other Compensation (Dkt #12, the "Wage Motion"), as follows:

1. Anglin Consulting Group, Inc. ("Debtor") filed its petition for relief under Chapter 11 of the Bankruptcy Code on August 11, 2025.

2. On August 18, 2025, the Debtor filed the Cash Collateral Motion and the Wage Motion (together, the "First Day Motions"). The First Day Motions were initially scheduled for an emergency hearing on August 20, 2025, but were continued to August 27, 2025, with a response deadline of August 26, 2025 (Dkt #18).

3. The GovCon Entities are creditors and parties in interest in this case. The Debtor makes a number of representations in the Background Section of the Cash Collateral Motion,

Stephen D. Charnoff (DC Bar No. 502324)
Rees Broome, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Telephone: (703) 790-1911
Facsimile: (703) 848-2530
E-mail: scharnoff@reesbroome.com

Co-Counsel for Creditors GovCon Fund, LP and
GovCon Fund, II, LP

which are inaccurate and incomplete, and the subject of an Adversary Proceeding filed by the Debtor against the GovCon Entities and other parties at Adv. No. 25-10032.

4.      The GovCon Entities object to the Cash Collateral Motion, because:

   a.      The motion and the proposed interim order did not attach a budget. The GovCon Entities have asked the Debtor to send the budget, but have not yet received it.

   b.      The proposed interim order includes the term Pre-Petition Collateral, which as defined in the motion is broader than the term Cash Collateral. The proposed interim adequate protection to the SBA should be limited to the Cash Collateral.

   c.      As the Debtor has not filed a budget and has requested an extension to file its bankruptcy schedules (Dkt #24), the GovCon entities submit that if an interim order is entered on August 27, 2025 then the next scheduled hearing on the use of cash collateral should be a continued interim hearing, not a final hearing.

   d.      A proposed revised order is attached hereto in redline as Exhibit "A" and not redlined as Exhibit "B."

5.      The GovCon Entities object to the Wage Motion, because it did not include a draft interim order.

WHEREFORE, the GovCon Entities respectfully request that the Court enter the revised interim cash collateral order and reserve rights with respect to any interim order with respect to the Wage Motion and any budget submitted by the Debtor with respect to its Cash Collateral Motion.

Dated: August 26, 2025

Respectfully submitted,

*/s/ Stephen D. Charnoff*
Stephen D. Charnoff (DC Bar No. 502324)
Rees Broome, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Telephone: (703) 790-1911
Facsimile: (703) 848-2530
E-mail:       scharnoff@reesbroome.com

David I. Swan, Esquire
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email:       dswan@hirschlerlaw.com

*Co-Counsel for Creditors GovCon Fund, LP and*
*GovCon Fund II, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, a true and correct copy of the foregoing *Limited Objection to the Debtor's First Day Motions* was served via CM/ECF on all counsel of record receiving electronic notices in this case.

*/s/ Stephen D. Charnoff*
Stephen D. Charnoff (DC Bar No. 502324)