**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-00328-ELG |
| ANGLIN CONSULTING GROUP, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**MOTION TO APPEAR PRO HAC VICE**

TO THE HONORABLE ELIZABETH L. GUNN,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Michael A. Brandess ("Movant"), and files this Motion to Appear Pro Hac Vice, and in support thereof would respectfully show unto the Court as follows:

1. Movant seeks permission to appear before this Court for the purpose of representing creditor CyberSheath Services International, LLC ("CyberSheath") in the above-captioned case.

2. As set forth in the Declaration attached hereto as **Exhibit A**, Movant is licensed to practice law in the State of Illinois, the State of New York, and the State of Iowa. Movant is also admitted to practice in the United States District Courts for the Eastern District of Michigan and the Northern District of Iowa. Movant is in good standing in all of these jurisdictions and courts.

3. If admitted for the purposes stated above, Movant agrees to abide by the Loal Rules of this Court.

WHEREFORE, for the foregoing reasons, Movant prays the Court grant this Motion to Appear Pro Hac Vice, enter an Order in the form attached permitting Movant to appear before this Court for the limited purposes of representing CyberSheath in connection with all proceedings related to the administration of this Chapter 11 case, and for such other and further relief as is appropriate and proper.

Dated: September 9, 2025

HB: 4930-6556-4775.1

Respectfully submitted,

By: */s/ Michael A. Brandess*
    Michael A. Brandess
    (ARDC #6299158)
    HUSCH BLACKWELL LLP
    120 South Riverside Plaza, Suite 2200
    Chicago, IL 60606
    (312) 526-1542
    (312) 655-1501 facsimile
    Michael.Brandess@huschblackwell.com

***Counsel for CyberSheath Services International, LLC***

HB: 4930-6556-4775.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2025, a true and correct copy of the Motion to Appear Pro Hac Vice was served via this Court's CM/ECF notification system to all parties registered to receive such notice.

                                                */s/ Michael A. Brandess*
                                                Michael A. Brandess