# **EXHIBIT A**

HB: 4930-6556-4775.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-00328-ELG |
| ANGLIN CONSULTING GROUP, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**DECLARATION OF MICHAEL A. BRANDESS**

I, Michael A. Brandess, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the *Motion to Appar Pro Hac Vice* (the "Motion"): I am an attorney with the law firm of Husch Blackwell LLP with offices at 120 South Riverside Plaza, Suite 2200, Chicago, IL 60606; telephone (312) 655-1500; e-mail: michael.brandess@huschblackwell.com. I am not a member of the Bar of this Court.

1. I am a member in good standing of the State Bars of Illinois, the State of New York, and the State of Iowa and with the United States District Courts for the Eastern District of Michigan and the Northern District of Iowa.

2. During the two years immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* before this Court in connection with any cases.

3. I have never been disciplined by any bar.

4. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

5. Local counsel in this proceeding will be Brian Hendrix, who has been formally admitted to the Bar of this Court.

HB: 4930-6556-4775.1

6. I understand that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2025

                                              Respectfully submitted,

                                              */s/ Michael A. Brandess*
                                              Michael A. Brandess