# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-00328-ELG |
| **ANGLIN CONSULTING GROUP, INC.,** ) | |
| ) | Chapter 11 |
| **Debtor.** ) | |
| ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### (Michael A. Brandess)

This Court having considered the Motion to Appear Pro Hac Vice (the "Motion") filed on behalf of Michael A. Brandess as counsel for creditor CyberSheath Services International, LLC ("CyberSheath") and his Declaration in support thereof, and upon the recommendation of Brian Hendrix, local counsel herein, it is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Michael A. Brandess is hereby **ADMITTED** *pro hac vice* to appear in the above-captioned chapter 11 case and any associated adversary proceedings.

### END OF ORDER

HB: 4930-6556-4775.1

**I ASK FOR THIS:**

*/s/ Michael A. Brandess*
Michael A. Brandess
(ARDC #6299158)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 526-1542
(312) 655-1501 facsimile
Michael.Brandess@huschblackwell.com

***Counsel for CyberSheath Services International, LLC***

HB: 4930-6556-4775.1