# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

**ANGLIN CONSULTING GROUP, INC.**

Debtor.

)
)
)
)
)
)
)
)

Case No. 25-00328-ELG

Chapter 11

## MOTION FOR CONTEMPT

GovCon Fund, LP and GovCon Fund, II, LP (the "GovCon Entities") file this Motion for Contempt for the Debtor's refusal to comply with this Court's Interim Order on Motion for Relief from Stay.

1. On September 2, 2025, the GovCon Entities filed an Emergency Motion for Relief from the Automatic Stay against the Debtor and for an Order Enforcing a Temporary Restraining Order against Cybersheath Services International (the "Motion for Relief").

2. After an emergency hearing on the Motion for Relief on September 4, 2025, which Cybersheath did not attend (though they were on notice of the hearing), the Court directed the GovCon Entities and the Debtor to prepare a list of e-mail addresses at blackfishfederal.com, and a process to automatically forward e-mails received at these addresses to greg@govconfundlp.com.

3. The GovCon Entities promptly prepared a list of e-mail addresses, and the Debtor

Stephen E. Leach (DC Bar No. 925735)
David I. Swan, Esq.
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:    sleach@hirschlerlaw.com
             dswan@hirschlerlaw.com

Co-Counsel for Creditors GovCon Fund, LP and
GovCon Fund, II, LP

agreed to the list. On the afternoon after the hearing, counsel for the GovCon Entities emailed the list of agreed addresses to the Court, and counsel to the Debtor emailed the Court as follows: "After speaking with Ms. Anglin, we don't believe she can set up a rule for these e-mail addresses, but we believe she can direct Cybersheath to forward emails as the Court instructed." This email exchange, which also copied counsel to Cybersheath, is attached hereto as Exhibit "A".

4.      Thus, the Court entered an Interim Order approving the Motion for Relief. In pertinent part, the Order commands: "By the close of business on September 4, 2025, the Debtor shall create or cause to be created an automated process to forward all electronic mail received by the email addresses listed on the attached Exhibit A to greg@govconfundlp.com."

5.      The GovCon Entities have not received any emails forwarded from the list of addresses on Exhibit A of the Order, as the Debtor did not "create or cause to be created" the automated email forwarding process.

6.      On September 10, 2025, at the final hearing on the balance of the relief requested in the Motion for Relief (which was postponed until September 12, 2025), the Court stated that no party had filed a motion to compel or a motion for contempt, so that issue was not properly before the Court.

7.      Also at the hearing on September 10, 2025, Cybersheath represented to the Court that it could not provide the GovCon Entities with Blackfish data or access to it. This is inconsistent with an email from Cybersheath on September 7, 2025 where it stated that it could give the GovCon Entities "full access to the Blackfish Office 365 system" through an administrator credential. This email exchange is attached hereto as Exhibit "B".

8.      This was followed by an email from Cybersheath, on September 8, 2025 that stated it could provide GovCon with a license to access Blackfish files and data, if allowed by the Debtor.

The Debtor refused. This email exchange is attached hereto as Exhibit "C".

9.     Finally, after the hearing on September 10, 2025, the GovCon Entities contacted Digital Boardwalk, which was the previous Microsoft Cloud Service Provider before it was transitioned to Cybersheath.  On May 20, 2025, Cybersheath accepted the transfer of passwords, access, and administration with respect to three accounts:  Anglin Consulting, Blackfish, and Amtis (a subsidiary of Blackfish).  This e-mail correspondence between Cybersheath, Digital Boardwalk, Anglin, and Amtis is attached hereto as Exhibit "D".

10.     In sum:

a.     As stated in the Motion for Relief, and the Declaration of Gregory D. Mattingly in support of the Motion for Relief, it is critical for the GovCon Entities to have full access to historical data, emails, and other documents, in order to run the Blackfish business properly. GovCon management must also have their own Blackfish email addresses, and access to all Blackfish emails.

b.     The TRO requires Ms. Anglin to provide the GovCon Entities with all information (including login usernames and/or email addresses and passwords, and including all information necessary for admin access) necessary to log in and control Blackfish's office work platform.

c.     The Blackfish data and work platform is in the Microsoft system, but Microsoft will not provide the GovCon Entities access until it has the administrative approval from Cybersheath.

d.     Ms. Anglin will not provide the GovCon entities the information necessary for administrative access, or consent to Cybersheath doing so.

11. The GovCon Entities, therefore, request that this Court hold the Debtor and Ms. Yashieka Anglin in contempt for refusing to comply with the TRO, and refusing to comply with the Interim Order, and direct Ms. Anglin to consent to Cybersheath allowing the GovCon Entities full access to the Blackfish Office 365 System.

12. In the alternative, the GovCon Entities request that the Court enter the following, as part of the Preliminary Injunction Order that is being requested at the competing TRO hearings on September 12, 2025:

> "The Interim Order on Motion for Relief from Stay is modified, such that by 5:00 p.m. Eastern time on September 12, 2025, Cybersheath Services International shall provide the GovCon Entities full administrative access to the Blackfish account, including, without limitation, such access as will allow new email addresses to be created using the @blackfishfederal.com convention."

Dated:  September 12, 2025

Respectfully submitted,

*/s/ Stephen E. Leach*
Stephen E. Leach (DC Bar No. 925735)
David I. Swan, Esq.
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:          dswan@hirschlerlaw.com
                    sleach@hirschlerlaw.com

Stephen D. Charnoff (DC Bar No. 502324)
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Telephone:  (703) 790-1911
Facsimile:  (703) 848-2530
E-mail:          scharnoff@reesbroome.com

*Co-Counsel for Creditors GovCon Fund, LP and GovCon Fund II, LP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2025, a true and correct copy of the foregoing *Motion for Contempt* was served (a) via CM/ECF on all counsel of record receiving electronic notices in this case.

*/s/ Stephen E. Leach*
Stephen E. Leach (DC Bar No. 925735)