The order below is hereby signed.

Signed: September 23 2025



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-00328-ELG |
| **ANGLIN CONSULTING GROUP, INC.** | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| **GOVCON FUND, LP, <u>ET</u> <u>AL.</u>,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| **ANGLIN CONSULTING GROUP, INC.** | ) |
| Respondent.. | ) |
| | ) |

**<u>FINAL ORDER ON MOTION FOR RELIEF FROM STAY</u>**

Whereas, GovCon Fund, LP and GovCon Fund II, LP (the "GovCon Funds") filed an

Emergency Motion for Relief from the Automatic Stay and for an Order Enforcing a Temporary

Restraining Order ("Motion for Relief") against Cybersheath Services International

Stephen E. Leach (DC Bar No. 925735)
David I. Swan, Esquire
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Email:     dswan@hirschlerlaw.com
              sleach@hirschlerlaw.com
Co-Counsel for Creditors GovCon Fund, LP and
GovCon Fund, II, LP

("Cybersheath") [Dkt #36], and Anglin Consulting Group ("Debtor") filed an Opposition thereto [Dkt #40], both of which were heard by the Court on an expedited basis on September 4, 2025;

Whereas, on September 5, 2025, the Court entered an Interim Order granting the Motion for Relief (the "Interim Order") [Dkt #44];

Whereas, on September 12, 2025, the GovCon Funds filed a Motion for Contempt for the Debtor's refusal to comply with the Interim Order (the "Motion for Contempt") [Dkt #61];

Whereas, the Debtor consented to allow Cybersheath to provide the GovCon Entities full administrative access to the Blackfish Office 365 Office System, provided that the GovCon entities withdraw the Motion for Contempt;

It is hereby **ORDERED**:

1. The Interim Order is modified, such that by 5:00 p.m. Eastern time on September 13, 2025, Cybersheath is authorized and directed to provide the GovCon Entities full administrative access to the Blackfish account, including, without limitation, such access as will allow new email addresses to be created using the @blackfishfederal.com convention.

2. The Motion for Contempt is deemed satisfied and withdrawn.

3. Nothing herein shall waive the attorney-client privilege.

Seen and Agreed:

*/s/ Stephen E. Leach*
Stephen Leach, Esq. (DC Bar No. 925735)
David I. Swan. Esq.
Hirschler Fleischer PC
1676 International Drive, Suite 1350
Tysons, VA 22102

*/s/ Justin P. Fasano*
Justin P. Fasano, Esq. (DC Bar No. MD21201)
McNamee Hosea, et al.
6404 Ivy Lane, Suite 820
Greenbelt, MD  20770

*/s/ Michael A. Brandess*
Michael A. Brandess, Esq. (pro hac vice)
Husch Blackwell
120 S. Riverside Plaza, Suite 220
Chicago, IL  60606

Copies to:

Stephen Leach, Esq.
David I. Swan. Esq.
Hirschler Fleischer PC
1676 International Drive, Suite 1350
Tysons, VA 22102

Justin P. Fasano, Esq.
McNamee Hosea, et al.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

Michael A. Brandess, Esq. (pro hac vice)
Husch Blackwell
120 S. Riverside Plaza, Suite 2200
Chicago, IL  60606

All CM/ECF notice recipients