# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA
## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS

**IN RE:  ANGLIN CONSULTING GROUP, INC., case no. 25-00328-ELG**

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $Value of[1] Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value accepting | # Rejecting | % Rejecting | $ Value of Rejecting | Indicate if claim is unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | $0.00 | 0 | 0 | 0 | 0 | 0 | 0% | $0.00 | Impaired |
| 2 | 3 | $22,168,576.00 | 3 | 100% | $22,168,576.00 | 0 | 0 | 0% | $0.00 | Impaired |
| 3 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Unimpaired |
| 4 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Impaired |

---

[1] All amounts listed herein are based upon payoff statements provided by counsel for the claimant.  Debtor does not hereby admit or deny the appropriateness of the allowance of the amounts stated herein.

# CERTIFICATION

I certify that the foregoing ballot summary sets forth an accurate and complete tabulation of all ballots received as to rejection and acceptance of the Debtor's plan, by class of creditors and interests, with number and total amount of claims or interests in each category.

Dated: April 23, 2026                          MCNAMEE HOSEA, P.A.

                                          /s/ Justin P. Fasano
                                          Justin P. Fasano (DC Bar MD21201)
                                          McNamee Hosea, P.A.
                                          6404 Ivy Lane, Suite 820
                                          Greenbelt, MD  20770
                                          (301) 441-2420
                                          jfasano@mhlawyers.com
                                          *Counsel for Debtor*

# CERTIFICATE OF SERVICE

I further certify that a true copy of the foregoing *Tally of Ballots* was sent on April 23, 2026, by CM/ECF to all parties receiving notice thereby.

                                        /s/ *Justin P. Fasano*
                                        Justin P. Fasano